IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-286-M-BM

| | |
|---|---|
| HISHAM ABDELAZIZ, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ANDERSON AUTOMOTIVE GROUP, LLC, | ) |
| Defendant. | ) |

This matter is before the court on defendant's unopposed motion [DE-13], with memorandum in support thereof [DE-14], to stay discovery in this matter until the resolution of defendant's pending motion to dismiss [DE-10] plaintiff's complaint.

For good cause shown by the reasons stated in the motion, including plaintiff's consent, defendant's motion to stay [DE-13] is GRANTED. It is therefore ORDERED that the parties' deadline to participate in a Rule 26(f) conference and to submit a discovery plan, as well as any discovery deadlines, are STAYED in this case until such time as the court rules on defendant's pending motion to dismiss [DE-10].

IT IS FURTHER ORDERED that should the motion to dismiss [DE-10] be denied, counsel for plaintiff and defendant shall participate in a Rule 26(f) conference and file a Rule 26(f) report within fourteen (14) days of the court's ruling, unless otherwise ordered by the court.

SO ORDERED, this 19th day of August, 2025.

_____
Brian S. Meyers
United States Magistrate Judge